## VILLAGE OF LAKE ODESSA *v.* RANDALL.

CRIMINAL LAW—APPEAL AND ERROR—EXCEPTIONS BEFORE JUDG-
MENT.

> A conviction for violation of a village ordinance is not review-
> able on exceptions before judgment.

Exceptions before judgment from Ionia; Davis, J. Submitted June 10, 1909. (Docket No. 93.) Decided September 21, 1909.

Fred A. Randall was convicted of violating a village ordinance. Dismissed.

*Laurence W. Smith*, for appellant.

*Thomas Johnson* and *R. A. Colwell*, for plaintiff.

HOOKER, J. This cause was begun by complaint and warrant in justice's court; defendant being charged with the violation of a village ordinance. He appealed to the circuit court, where he was found guilty, but not sentenced; the cause being continued for judgment. A bill of exceptions was settled, and the cause is before us upon exceptions before sentence, and, in that respect, appears to be identical with the case of *People* v. *Smith*, 146 Mich. 193 (109 N. W. 411), except that this case was tried by jury. The case has been fully briefed, and the point is made that it is not properly here.

It follows that the cause must be dismissed. It is so ordered.

GRANT, MONTGOMERY, OSTRANDER, and MOORE, JJ., concurred.